IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARQUIS VERNARD WALKER,

    Plaintiff,                     No. CIV S-07-1323 WBS EFB P

    vs.

T. FELKER, et al.,

    Defendants.              <u>ORDER</u>

         Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. On September 21, 2007, plaintiff filed a request for assistance in litigating his case, which the court construes as a request for the appointment of counsel. District courts lack authority to require counsel to represent indigent prisoners in section 1983 cases. *Mallard v. United States Dist. Court*, 490 U.S. 296, 298 (1989). In exceptional circumstances, the court may request counsel voluntarily to represent such a plaintiff. 28 U.S.C. § 1915(e)(1); *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991); *Wood v. Housewright*, 900 F.2d 1332, 1335-36 (9th Cir. 1990). The court finds that there are no exceptional circumstances in this case.

         Also on September 21, 2007, plaintiff filed a motion to amend his complaint. At any time before a complaint is served in a civil action, a plaintiff may amend his pleading once as of right. *See* Fed. R. Civ. P. 15. Additionally, by order filed August 27, 2007, the court granted

1

1  plaintiff leave to amend his complaint.

2  Accordingly, IT IS HEREBY ORDERED that:

3  1. Plaintiff's September 21, 2007, request for appointment of counsel is denied;

4  2. Plaintiff's September 21, 2007, motion to amend his complaint is denied as moot; and

5  3. Plaintiff is granted an extension of time of 30 days from the date this order is served

6  within which to file an amended complaint. Failure to do so may result in the filing of a

7  recommendation that this action be dismissed.

8  DATED: October 29, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE