1

2

3

4

5

6                      IN THE UNITED STATES DISTRICT COURT

7                    FOR THE EASTERN DISTRICT OF CALIFORNIA

8   MARQUIS VERNARD WALKER,

9                  Plaintiff,                    No. CIV S-07-1323 WBS EFB P

10         vs.

11  T. FELKER, et al.,

12                  Defendants.              ORDER

13  _____/

14        Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

15  U.S.C. § 1983.  He has requested that the court appoint counsel.   District courts lack authority to

16  require counsel to represent indigent prisoners in section 1983 cases.  *Mallard v. United States*

17  *Dist. Court*, 490 U.S. 296, 298 (1989).  In exceptional circumstances, the court may request

18  counsel voluntarily to represent such a plaintiff.  28 U.S.C. § 1915(e)(1); *Terrell v. Brewer*, 935

19  F.2d 1015, 1017 (9th Cir. 1991); *Wood v. Housewright*, 900 F.2d 1332, 1335-36 (9th Cir. 1990).

20  The court finds that there are no exceptional circumstances in this case.

21        Accordingly, IT IS HEREBY ORDERED that plaintiff's July 10, 2009, request for

22  appointment of counsel is denied.

23  DATED:  July 16, 2009.

24  _____

25                EDMUND F. BRENNAN
                  UNITED STATES MAGISTRATE JUDGE

26