1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MARQUIS VERNARD WALKER,

11           Plaintiff,                    No. CIV S-07-1323 WBS EFB P

12      vs.

13   T. FELKER, et al.,

14           Defendants.                   ORDER

15   _____/

16       Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations.

17   *See* 42 U.S.C. § 1983.  On December 22, 2009, defendants Dial and Cox filed a motion for

18   summary judgment.  *See* Fed. R. Civ. P. 56.  Plaintiff has not filed an opposition or a statement

19   of no opposition to the motion for summary judgment.

20       In cases in which one party is incarcerated and proceeding without counsel, motions

21   ordinarily are submitted on the record without oral argument.  Local Rule 230(l).  "Opposition, if

22   any, to the granting of the motion shall be served and filed with the Clerk by the responding

23   party not more than eighteen (18) days, plus three (3) days for mailing or electronic service, after

24   the date of service of the motion."  *Id*.  A responding party's failure "to file written opposition or

25   to file a statement of no opposition may be deemed a waiver of any opposition to the granting of

26   the motion and may result in the imposition of sanctions."  *Id*.  Furthermore, a party's failure to

1

1  comply with any order or with the Local Rules "may be grounds for imposition of any and all

2  sanctions authorized by statute or Rule or within the inherent power of the Court."  Local Rule

3  110.  The court may recommend that an action be dismissed with or without prejudice, as

4  appropriate, if a party disobeys an order or the Local Rules.  *See Ferdik v. Bonzelet*, 963 F.2d

5  1258, 1263 (9th Cir. 1992) (district court did not abuse discretion in dismissing *pro se* plaintiff's

6  complaint for failing to obey an order to re-file an amended complaint to comply with Federal

7  Rules of Civil Procedure); *Carey v. King*, 856 F.2d 1439, 1440-41 (9th Cir. 1988) (dismissal for

8  *pro se* plaintiff's failure to comply with local rule regarding notice of change of address

9  affirmed).

10       On March 3, 2009, the court advised plaintiff of the requirements for filing an opposition

11  to the motion, that failure to oppose such a motion may be deemed a waiver of opposition to the

12  motion and that failure to comply with the Local Rules may result in a recommendation of

13  dismissal.

14       Accordingly, it is hereby ORDERED that, within 21 days of the date of this order,

15  plaintiff shall file either an opposition to the motion for summary judgment or a statement of no

16  opposition.  Failure to comply with this order will result in a recommendation that this action be

17  dismissed without prejudice.

18  DATED:  February 4, 2010.

19  EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2