IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARQUIS VERNARD WALKER,

      Plaintiff,                          No. CIV S-07-1323 WBS EFB P

    vs.

T. FELKER, et al.,

      Defendants.            <u>ORDER</u>

_____/

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On December 18, 2009, the court granted plaintiff's motion to compel and ordered defendants to, within seven days, serve responses to plaintiff's requests for admissions. Dckt. No. 59. On December 31, 2009, plaintiff filed another motion to compel, indicating that he had not yet received responses from defendants James, Bates, or Roche. Dckt. No. 61. Defendants filed an opposition brief on January 5, 2010, Dckt. No. 62, stating that on December 22, 2009, they served plaintiff with their responses to plaintiff's requests for admissions. *Id.* Plaintiff did not file a reply brief. It appears that defendants have complied with the court's December 18, 2009 order.

////

////

1

1    Accordingly, it is hereby ORDERED that plaintiff's December 31, 2009 motion to
2 compel is denied as moot.
3 Dated:  February 25, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2