IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARQUIS VERNARD WALKER,

     Plaintiff,                     No. CIV S-07-1323 WBS EFB P

     vs.

T. FELKER, et al.,

     Defendants.              ORDER

                                    /

     Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On October 6, 2010, Mr. Walker filed a motion for appointment of counsel pursuant to 28 U.S.C. § 1915(e)(1). Dckt. No. 84. The court finds appointment of counsel is warranted. Attorney Bhavani G. Murugesan, who has been selected from the court's pro bono attorney panel, is hereby appointed.

     Accordingly, IT IS HEREBY ORDERED that:

     1. Plaintiff's motion for appointment of counsel is granted.

     2. Bhavani G. Murugesan is appointed to represent plaintiff for all further proceedings.

     3. The Clerk of the Court is directed to substitute Ms. Bhavani in place of plaintiff, who previously was proceeding pro se.

4. Bhavani G. Murugesan shall notify Sujean Park, at 916-930-4278, or via email at spark@caed.uscourts.gov if she has any questions related to the appointment.

5. The Clerk of the Court is directed to serve a copy of this order upon Bhavani G. Murugesan, 2409 Q Street, Suite 2, Sacramento, CA 95816.

DATED: January 7, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE