IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARQUIS VERNARD WALKER,

     Plaintiff,

vs.

T. FELKER, et al.,

     Defendants.

No. CIV S-07-1323 WBS EFB P

ORDER

Plaintiff is a state prisoner proceeding with counsel in an action brought under 42 U.S.C. § 1983. Pursuant to the parties' February 7, 2011 stipulation, and good cause appearing, the court hereby ORDERS that the deadline for the filing of a joint pretrial statement is extended to May 4, 2011 and that the pretrial conference is continued from February 23, 2011 to May 18, 2011, at 11:00 a.m. in Courtroom No. 24.

DATED: February 10, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE