## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

MARQUIS VERNARD WALKER,

        Plaintiff,        No. CIV S-07-1323 WBS EFB P

  vs.

T. FELKER, et al.,

        Defendants.        **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

        Marquis Vernard Walker, inmate # V-15895, a necessary and material witness in proceedings in this case on June 7, 2011, is confined to Salinas Valley State Prison, 31625 Highway 101, P.O. Box 1020, Soledad, CA, 93960-1020, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Edmund F. Brennan, to appear by video-conferencing at Salinas Valley State Prison, June 7, 2011 at 10:00 a.m.

        ACCORDINGLY, IT IS ORDERED that:

        1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

        2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

        3. The Clerk of the Court is directed to serve this order and writ on plaintiff at his place of confinement – Marquis Vernard Walker, V15895, Salinas Valley State Prison, P.O. Box 1050, Soledad, CA 93960-1050 – and to fax a courtesy copy of this order and writ to the Litigation Coordinator at Salinas Valley State Prison at (831) 678-5503.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, Salinas Valley State Prison, 31625 Highway 101, P.O. Box 1020, Soledad, CA, 93960-1020:**

        **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

        **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: May 27, 2011.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE