# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

MARQUIS VERNARD WALKER,

        Plaintiff,                   No. CIV S-07-1323 WBS EFB P

  vs.

T. FELKER, et al.,

        Defendants.           **AMENDED ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

_____/

      Marquis Vernard Walker, inmate # V-15895, a necessary and material witness in proceedings in this case on June 7, 2011, is confined to Salinas Valley State Prison, 31625 Highway 101, P.O. Box 1020, Soledad, CA, 93960-1020, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Court, 8th Floor, Courtroom No. 24, United States Courthouse, 501 I Street, Sacramento, California on June 7, 2011 at 10:00 a.m.

      ACCORDINGLY, IT IS ORDERED that:

      1. The May 27, 2011 Order &Writ of Habeas Corpus ad Testificandum is vacated in light of the Salinas Valley State Prison Litigation Coordinator's representation that SVSP's video-conferencing equipment is not working.

      2. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in person before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

      3. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

      4. The Clerk of the Court is directed to serve this order and writ on plaintiff at his place of confinement – Marquis Vernard Walker, V15895, Salinas Valley State Prison, P.O. Box 1050, Soledad, CA 93960-1050 – and to fax a courtesy copy of this order and writ to the Litigation Coordinator at Salinas Valley State Prison at (831) 678-5503.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, Salinas Valley State Prison, 31625 Highway 101, P.O. Box 1020, Soledad, CA, 93960-1020:**

      You are **COMMANDED** to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: May 31, 2011.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE