UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MARQUIS VERNARD WALKER,

        Plaintiff,                  No. CIV S-07-1323 WBS EFB P

vs.

T. FELKER, et al.,

        Defendants.         **AMENDED ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

_____/

        Marquis Vernard Walker, inmate # V-15895, a necessary and material witness in proceedings in this case on July 6, 2011, is confined to Salinas Valley State Prison, 31625 Highway 101, P.O. Box 1020, Soledad, CA, 93960-1020, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Court, 8th Floor, Courtroom No. 24, United States Courthouse, 501 I Street, Sacramento, California on July 6, 2011 at 10:00 a.m.

        ACCORDINGLY, IT IS ORDERED that:

        1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in person before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

        2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

        3. The Clerk of the Court is directed to serve this order and writ on plaintiff at his place of confinement – Marquis Vernard Walker, V15895, Salinas Valley State Prison, P.O. Box 1050, Soledad, CA 93960-1050.

        4. The Clerk of the Court is further directed to fax a courtesy copy of this order and writ to the Litigation Coordinator at Salinas Valley State Prison at (831) 678-5503, and to serve a courtesy copy of this order and writ on the Out-To-Court Desk, California State Prison - Sacramento, P.O. Box 290007, Represa, California 95671.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To:  Warden, Salinas Valley State Prison, 31625 Highway 101, P.O. Box 1020, Soledad, CA, 93960-1020:**

        You are **COMMANDED** to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court.

        **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED:  June 24, 2011.

                                        *[signature]*
                                        EDMUND F. BRENNAN
                                        UNITED STATES MAGISTRATE JUDGE