IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARQUIS VERNARD WALKER,

      Plaintiff,                    No. CIV S-07-1323 WBS EFB P

    vs.

T. FELKER, et al.,

      Defendants.          <u>ORDER</u>

_____/

        This case was before the undersigned on July 6, 2011, for a final pretrial conference. Preeti Kaur Bajwa appeared as plaintiff's counsel, Kathleen J. Williams appeared as counsel for defendant Cox, and William Alan Krabbenhoft appeared as counsel for defendants James, Roche, Bates, French and Snyder. At the hearing, the court ordered as follows:

        1. Plaintiff's initial expert disclosures shall be made on or before August 24, 2011;

        2. Defendants' initial/rebuttal expert disclosures shall be made on or before September 7, 2011;

        3. Plaintiff's rebuttal expert disclosures shall be made on or before September 21, 2011;[1]

////

---

[1] In light of this schedule, the court denies plaintiff's *pro se* motion for appointment of an impartial expert witness (Dckt. No. 85).

1

1      4. Depositions of any expert witnesses must be completed on or before November 2,
2 2011;
3      5. A Final Pretrial Conference is scheduled for November 30, 2011 at 10:00 a.m., before
4 the undersigned, in Courtroom No. 24.  The court will issue an order and writ of ad
5 testificandum to secure plaintiff's attendance at the November 30, 2011 pretrial conference;
6      6. The parties' amended joint pretrial statement shall be filed on or before November 23,
7 2011; and
8      7. Jury trial is scheduled to begin on February 14, 2012, at 9:00 a.m., in Courtroom No.
9 5, 14th Floor.
10     SO ORDERED.
11 DATED:   July 12, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE