IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Marquis Vernard Walker

Plaintiff(s)

vs.

T. Felker

Defendants.

_____/

No. _____

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, Bhavani G. Murugesan, attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on January 14, 2011, by the Honorable Edmund Brennan, United States District Judge/Magistrate. I believe that the following course of action is reasonably necessary to the prosecution of this action:

Travel to visit with client and rent car for travel.

(e.g., deposition of _____, defendant herein).

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 271.88.

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 2:07-cv-1323 WBS

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| | Travel to Salinas Valley State Prison | 221.00 |
| | Rental car | 50.88 |
| | | |
| | | |
| | | |
| | | |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 24 day of August, 20 11, at Sacramento, California.

_[signature]_

Attorney for Plaintiff(s)

The above expenditure is _____ Approved    __x__ Denied **

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule _____, on _____, at _____, ___.M. in Courtroom Number _____.

Dated: 9/7/11

_[signature]_

United States ~~District Judge~~/Magistrate Judge

** 1. The expenditure was not pre-approved.
   2. There is an insufficient showing of actual costs incurred.
   3. There is no showing that costs were reasonably necessary.