IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARQUIS VERNARD WALKER,

    Plaintiff,                             No. CIV S-07-1323 WBS EFB P

    vs.

T. FELKER, et al.,

    Defendants.                     <u>ORDER</u>

       Plaintiff is a state prisoner proceeding with counsel in a civil rights action brought under 42 U.S.C. § 1983. On October 20, 2011, plaintiff's counsel submitted two requests for authority to incur costs. Those requests, which shall be filed under seal as attachments to this order, are granted.

       So ordered.

Dated: October 25, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE