IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARQUIS VERNARD WALKER,

    Plaintiff,                 No. CIV S-07-1323 WBS EFB P

    vs.

T. FELKER, et al.,

    Defendants.           ORDER

_____/

    Plaintiff is a state prisoner proceeding with counsel in a civil rights action brought under 42 U.S.C. § 1983. On February 14, 2012, plaintiff's counsel submitted a request for authority to incur costs. That request, which shall be filed under seal as an attachment to this order, is granted.

    So ordered.

DATED: April 4, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE