1
2
3
4
5
6
7                         IN THE UNITED STATES DISTRICT COURT

8                       FOR THE EASTERN DISTRICT OF CALIFORNIA

9    MARQUIS VERNARD WALKER,

10                Plaintiff,                     No. 2:07-cv-1323-WBS-EFB P

11          vs.

12   T. FELKER, et al.,                          ORDER RE SETTLEMENT & DISPOSITION

13                Defendants.
     _____/

14

15          Pursuant to the representations of counsel for the parties at a Settlement Conference

16   conducted in Chambers on July 16, 2012, the court has determined that the above-captioned case

17   has settled.

18          The court now orders that dispositional documents are to be filed not later than January

19   13, 2013.

20          All hearing dates set in this matter are **VACATED.**

21          FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE

22   IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO

23   CONTRIBUTED TO THE VIOLATION OF THIS ORDER.

24   DATED:  July 17, 2012.

25

26                                EDMUND F. BRENNAN
                                  UNITED STATES MAGISTRATE JUDGE