IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARQUIS VERNARD WALKER,

      Plaintiff,                    No. 2:07-cv-1323-WBS-EFB P

      vs.

T. FELKER, et al.,                  ORDER RE SETTLEMENT & DISPOSITION

      Defendants.
                                     /

      Pursuant to the representations of counsel for the parties at a Settlement Conference conducted in Chambers on July 16, 2012, the court has determined that the above-captioned case has settled.

      The court now orders that dispositional documents are to be filed not later than January 13, 2013.

      All hearing dates set in this matter are **VACATED.**

      <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO CONTRIBUTED TO THE VIOLATION OF THIS ORDER</u>.

DATED: July 17, 2012.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE