1. KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
2. PETER A. MESHOT, State Bar No. 117061
Supervising Deputy Attorney General
3. WILLIAM A. KRABBENHOFT, State Bar No. 119197
Deputy Attorney General
4. 1300 I Street, Suite 125
P.O. Box 944255
5. Sacramento, CA 94244-2550
Telephone: (916) 324-5334
6. Fax: (916) 322-8288
E-mail: Bill.Krabbenhoft@doj.ca.gov
7. *Attorneys for Defendants F. Bates, M. French, G.W. James, M.D., S.M. Roche, M.D. and B. Snyder*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| **MARQUIS V. WALKER,**<br><br>Plaintiff,<br><br>v.<br><br>**T. FELKER, et al.,**<br><br>Defendants. | 2:07-CV-1323 WBS EFB P<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANTS PURSUANT TO RULE 41(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE**<br><br>Action Filed: April 21, 2008 |

Plaintiff, Marquis V. Walker, by and through his attorney, in accordance with the Settlement Agreement and Mutual Release, hereby voluntarily dismisses defendants F. Bates, M. French, G.W. James, M.D., S.M. Roche, M.D., and B. Snyder, with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a).

Each side agrees to bear its own costs and attorney fees.

Dated: __September 4, 2012__      ___/s/ Preeti K. Bajwa_____
                                                         PREETI K. BAJWA, Esq.,
                                                         Attorney for Plaintiff Marquis V. Walker

1

1  Dated:   September 4, 2012              /s/ William A. Krabbenhoft
                                          WILLIAM A. KRABBENHOFT, DAG
2                                          Attorney for Defendants F. Bates, M. French,
                                          G.W. James, M.D., S.M. Roche, M.D. and B.
3                                          Snyder

6       Pursuant to stipulation of the parties, the Clerk is directed to close the case.

8  Dated:  September 6, 2012

9                                          _____
                                          EDMUND F. BRENNAN
10                                         UNITED STATES MAGISTRATE JUDGE

20  SA2009309681
   31521893.doc

2