Kamala D. Harris, State Bar No. 146672
Attorney General of California
Peter A. Meshot, State Bar No. 117061
Supervising Deputy Attorney General
William A. Krabbenhoft, State Bar No. 119197
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5334
 Fax: (916) 322-8288
 E-mail: Bill.Krabbenhoft@doj.ca.gov
*Attorneys for Defendants F. Bates, M. French, G.W. James, M.D., S.M. Roche, M.D. and B. Snyder*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| **MARQUIS V. WALKER,**<br><br>                              Plaintiff,<br><br>     v.<br><br>**T. FELKER, et al.,**<br><br>                              Defendants. | 2:07-CV-1323 WBS EFB P<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANTS PURSUANT TO RULE 41(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE**<br><br>Action Filed: April 21, 2008 |

Plaintiff, Marquis V. Walker, by and through his attorney, in accordance with the Settlement Agreement and Mutual Release, hereby voluntarily dismisses defendants F. Bates, M. French, G.W. James, M.D., S.M. Roche, M.D., and B. Snyder, with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a).

Each side agrees to bear its own costs and attorney fees.

Dated: __September 4, 2012__           ___/s/ Preeti K. Bajwa_____
                                        PREETI K. BAJWA, Esq.,
                                        Attorney for Plaintiff Marquis V. Walker

Dated: ___September 4, 2012_____        ___/s/ William A. Krabbenhoft_____
                                         WILLIAM A. KRABBENHOFT, DAG
                                         Attorney for Defendants F. Bates, M. French,
                                         G.W. James, M.D., S.M. Roche, M.D. and B.
                                         Snyder

      Pursuant to stipulation of the parties, the Clerk is directed to close the case.

Dated: September 6, 2012

                                      */s/ Edmund F. Brennan*
                                    EDMUND F. BRENNAN
                                    UNITED STATES MAGISTRATE JUDGE

SA2009309681
31521893.doc